### 14593. DANIEL MILLER COMPANY *v.* EDWARDS.

The discretion of the trial judge in granting a new trial was not abused in this case.

DECIDED JULY 10, 1923.

Action on foreign judgment; from city court of Metter — Judge M. Price presiding. March 31, 1923.

*Jacob Gazan,* for plaintiff. *P. M. Anderson,* for defendant.

LUKE, J. The writ of error in this case is here to test the judgment granting the defendant's first motion for a new trial. The motion for a new trial is based upon the usual general grounds and upon the special grounds that the court erred in refusing a continuance of the case, and in directing a verdict for the plaintiff. The judgment granting the motion is general in its nature. Under all the facts of this case, this court cannot

say that the court abused its discretion in granting the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*